### 28815. ZUGAR v. TENNESSEE, ALABAMA & GEORGIA RAILWAY COMPANY.

GARDNER, J. This court, in a judgment entered in this case on July 16, 1941, having reversed the judgment of the superior court of Walker County (65 *Ga. App.* 658, 16 S. E. 2d, 149), and the Supreme Court on certiorari having reversed the judgment of this court on January 14, 1942 (193 *Ga.* 386, 18 S. E. 2d, 758), the judgment of reversal originally rendered by this court must be vacated, and the judgment of the trial court is *Affirmed. Broyles, C. J., and MacIntyre, J. concur.*

DECIDED MARCH 20, 1942.

*Maddox & Griffin,* for plaintiff.
*Rosser & Rosser, Shaw & Shaw,* for defendant.